UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| STEPHANIE PRUTER, | Case No. 2:13-cv-01028-GMN-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| ANTHEM COUNTRY CLUB, INC., | |
| Defendant. | |

There has been no activity in this case for more than nine months. In an Order (Dkt. #17) entered November 5, 2013, the court granted Defendant's Motion to Stay and Compel Arbitration (Dkt. #5). The court gave the parties until November 19, 2013, to meet and confer, to initiate arbitration proceedings, and to file a joint status report with the court advising when the arbitration had been scheduled. The court entered an Order to Show Cause (Dkt. #18) on November 26, 2013, when the parties had not complied with the order requiring the joint status report. The Joint Status Report (Dkt. #19) was filed the following day. In it, counsel advised the court that the parties met and conferred on November 14, 2013, to discuss the arbitration and were "working on the scheduling of the arbitration."

Having reviewed and considered the matter,

**IT IS ORDERED** that a hearing on this matter is set for **Tuesday, September 9, 2014, at 9:00 a.m., in Courtroom 3B**. Counsel shall be fully prepared to advise the court of the status of the arbitration, the outcome of the arbitration, and why this case is still pending on this court's docket.

DATED this 26th day of August, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1