1
2
3
4                          UNITED STATES DISTRICT COURT
5                              DISTRICT OF NEVADA
6                                    * * *
7   STEPHANIE PRUTER,                              Case No. 2:13-cv-1028-GMN-PAL
8                              Plaintiff,                      ORDER
9         v.
10  ANTHEM COUNTRY CLUB, INC.,
11                             Defendant.

12        Before the court is the parties Joint Status Report (Dkt. #22) filed October 7, 2014.  The
13  parties advise that they have initiated arbitration with the American Arbitration Association
14  ("AAA").  The parties are currently awaiting a response from the AAA as to the timeframe in
15  which the arbitration can be conducted as well as obtaining the list of arbitrators.  Accordingly,
16        IT IS ORDERED that the parties shall submit a joint status report to the court no later
17  than 4:00 p.m., November 6, 2014, apprising the court of the status of arbitration.
18        DATED this 21st day of October, 2014.
19
20                                               _____
21                                               PEGGY A. LEEN
                                                 UNITED STATES MAGISTRATE JUDGE
22
23
24
25
26
27
28