UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STEPHANIE PRUTER, | Case No. 2:13-cv-01028-GMN-PAL |
| Plaintiff, | ORDER |
| v. | |
| ANTHEM COUNTRY CLUB, INC., | |
| Defendant. | |

Before the court is the Status Report (Dkt. #24) from the parties advising the court of the status of arbitration in this matter.  The parties advise that they are currently waiting for the AAA to select an arbitrator based on the parties' stated preferences.

**IT IS ORDERED** that the parties shall submit a Status Report to the court every thirty days beginning December 8, 2014, until the stipulation to dismiss is filed.

DATED this 13th day of November, 2014.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE