UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STEPHANIE PRUTER,<br><br>                              Plaintiff,<br>v.<br>ANTHEM COUNTRY CLUB, INC.,<br><br>                              Defendant. | Case No. 2:13-cv-01028-GMN-PAL<br><br>ORDER<br><br>(Subst Atty – Dkt. #33) |

This matter is before the court on Defendant's Notice and Substitution of Counsel (Dkt. #33) filed August 13, 2015.  Anthony B. Golden of the Garg Golden Law Firm seeks leave to be substituted in the place and stead of Mark J. Ricciardi and Scott M. Mahoney of Fisher & Phillips for Defendant Anthem Country Club, Inc.  LR IA 10-6 provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order."  LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Substitution of Counsel (Dkt. #33) is **APPROVED**.
2. Anthony B. Golden of the Garg Golden Law Firm is substituted in the place and stead of Mark J. Ricciardi and Scott M. Mahoney of Fisher & Phillips for Defendant Anthem Country Club, Inc., subject to the provisions of LR IA 10-6(c) and (d).

DATED this 18th day of August, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE